IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARLA SANDEFUR                                                                                    PLAINTIFF

vs.                                        Civil No. 4:21-cv-04002

COMMISSIONER, SOCIAL                                                                          DEFENDANT
SECURITY ADMINISTRATION

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant's Motion to Remand.  ECF No. 19.  This Motion has been referred to the undersigned, and this Motion is now ripe for consideration.

On July 13, 2021, Defendant filed the present Motion.  ECF No. 19.  Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings.  *Id.*  Plaintiff has no objections to this Motion.  *See* ECF No. 19.  Accordingly, Defendant's Motion to Remand (ECF No. 19) should be **GRANTED.**

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED this 27th day of July 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE