IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARLA SANDEFUR                                                                                         PLAINTIFF

vs.                                              Civil No. 4:21-cv-04002

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                                    DEFENDANT

## ORDER

On July 13, 2021, the SSA mistakenly filed a Motion to Remand (ECF No. 19) in this action. Consistent with that request, this Court entered a Report and Recommendation recommending that Motion to Remand be granted and recommending this case be reversed and remanded. *See* ECF No. 22. After that Report and Recommendation was entered, the SSA represented that Motion was filed in error. The SSA has filed a Motion to Amend/Correct to remedy this error. ECF No. 23.

Considering these facts, the Court **WITHDRAWS AND VACATES** the Report and Recommendation entered on July 27, 2021 (ECF No. 22) and **GRANTS** the SSA's Motion to Amend/Correct (ECF No. 23).

**ENTERED this 22nd day of November 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE