IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARLA SENDEFUR                                                                                          PLAINTIFF

v.                                              Case No. 4:21-cv-4002

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                                  DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation dated January 4, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 32. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (2006).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S. Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED**, this 3rd day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge